# KREINCES & ROSENBERG, P.C.

**Leonard Kreinces**

**Howard S. Rosenberg**
Admitted to Practice NY & CT

**Donna Murphy**
Paralegal

900 Merchants Concourse
Suite 305
Westbury, New York 11590
Tel (516) 227-6500
Fax (516) 227-6594
www.kresq.com

October 22, 2025

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Paul Steinberg Associates v. NYC Tropical House, et al
Case No.: 25cv8003(RA)

Dear Judge Abrams:

We are the attorneys for the plaintiff in the above-entitled action.

I have received an email from an attorney who indicated to me that he may be representing the defendant in this matter. However, he has not filed a Notice of Appearance or an answer to the complaint.

I respectfully request an adjournment of the conference set for October 31, 2025 to November 21, 2025 in order to permit him to file a response to the Complaint. I am sending him a copy of this letter as a courtesy.

The Courtesy and cooperation of Chambers is sincerely appreciated.

Respectfully yours,

*Leonard Kreinces*
Leonard Kreinces

LK/dm
cc: Timothy M. Fierst, Esq. (via email)

Application granted. The conference previously scheduled for October 31, 2025 is hereby adjourned until November 21, 2025 at 4:30 p.m.

SO ORDERED.

Hon. Ronnie Abrams
October 23, 2025