# THE FIERST LAW GROUP, P.C.
462 SAGAMORE AVENUE, SUITE 2, EAST WILLISTON, NEW YORK 11596
(516) 586-4221
FAX: (516) 586-8536 (NOT FOR SERVICE OF PAPERS)

Timothy J. Fierst, Esq.*
*Admitted to Practice in New York and Connecticut

November 12, 2025

Application granted. The initial conference is hereby adjourned to December 19, 2025 at 4:30 p.m.

SO ORDERED.

Hon. Ronnie Abrams
November 13, 2025

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Paul Steinberg Assoc., Inc. v. NYC Tropical House Inc., et. al.*
*Case No. 25-cv-8003 (RA)*

Dear Judge Abrams:

This law firm represents the defendants in the above-referenced action. We are filing a Notice of Appearance simultaneously with this letter.

I have had an opportunity to discuss this matter with counsel for the plaintiff, Leonard Kreinces. My clients have acknowledged the sum of $17,000 is due to the plaintiff from the sum demanded by the plaintiff's complaint. To that end, I have been advised by my clients that they have forwarded the sum of $17,000 to the plaintiff to pay the undisputed sum due. After discussing this matter with Mr. Kreinces, he and I both believe that we will be able to resolve the outstanding $25,768 allegedly due to the plaintiff.

In consideration of the above, we jointly respectfully request an adjournment of the initial conference which is scheduled for November 21, 2025 to December 19, 2025 so we may undertake to resolve the outstanding sum due and avoid the necessity of a formal answer and further litigation.

Thank you for your courtesies and attention to this request.

Respectfully submitted,

Timothy J. Fierst

TJF:me
cc: Leonard Kreinces, Esq. (Via ECF)