**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

PAUL STEINBERG ASSOC., INC.,

                              **Plaintiff,**

-against-

NYC TROPICAL HOUSE INC., et al.,

                              **Defendants.**

------------------------------------------------------------------X

**25-CV-8003 (RA)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    A conference is scheduled for February 24, 2026, at 3:30 p.m. to discuss settlement negotiations. At that time, counsel for the parties should call the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. The parties do not need to attend the conference but must be available by phone for its duration. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     February 12, 2026
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 2/12/2026