UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

PAUL STEINBERG ASSOC., INC.,

                        **Plaintiff,**

           **-against-**

NYC TROPICAL HOUSE INC., et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** __ 3/12/2026 __

25-CV-8003 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On March 12, 2026, the Court held a conference to discuss next steps in this litigation. As discussed at the conference, fact discovery shall be completed by June 12, 2026.

Plaintiff's motion for summary judgment shall be filed by July 10, 2026. Defendant's opposition and, if warranted, cross-motion for summary judgment, shall be filed by July 31, 2026. Plaintiff's reply in further support of his motion and opposition to any cross-motion shall be filed by August 14, 2026.

As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      March 12, 2026
             New York, New York