**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

PAUL STEINBERG ASSOC., INC.,

                                    Plaintiff,                              **25-CV-8003 (SN)**

                    -against-                                              **ORDER**

NYC TROPICAL HOUSE INC., et al.,

                                    Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

In light of the close of fact discovery on June 12, 2026, the parties are directed to meet

and confer and file a joint letter by June 23, 2026, advising whether they believe a settlement

conference would be productive at this time. If so, the parties shall state whether they prefer a

settlement conference before me, a settlement conference before another magistrate judge, or a

referral to the Court's mediation program. If the parties wish to proceed with a settlement

conference or mediation before summary judgment briefing, they should also propose any

corresponding adjustment to the summary judgment briefing schedule.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       June 17, 2026
                 New York, New York